**TODD H. MASTER [SBN. 185881]**
tmaster@hrmrlaw.com
**LISA RAUCH [SBN. 148575]**
lrauch@hrmrlaw.com
**RHONDA L. WOO [SBN. 168374]**
rwoo@hrmrlaw.com
**HOWARD ROME MARTIN & RIDLEY LLP**
1900 O'Farrell Street, Suite 280
San Mateo, CA  94403
Telephone:     (650) 365-7715
Facsimile:      (650) 364-5297

Attorneys for Defendant
CITY OF REDWOOD CITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHANTOM LS RECORDS LLC, SUMANTE J. HUTCHINSON,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. _____<br><br>**DEFENDANT CITY OF REDWOOD CITY'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) [FEDERAL QUESTION]**<br><br>[Contra Costa County Superior Court Case No. C21-00852] |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**:

**PLEASE TAKE NOTICE** that Defendant CITY OF REDWOOD CITY hereby removes to this Court the state court action of *Phantom LS Records LLC, Sumante J. Hutchinson v. State of California, et al.*, Contra Costa County Superior Court, Case No. C21-00852 pursuant to 28 U.S.C. § 1441(a).

---

DEFENDANT CITY OF REDWOOD CITY'S NOTICE OF REMOVAL; USDC NDCA Case No. _____
1

Removal is based on the following grounds:

1. On April 28, 2021, an action was commenced in the Superior Court of the State of California in and for the County of Contra Costa, entitled *Phantom LS Records LLC, Sumante J. Hutchinson v. State of California, et al*. Case No. C21-00852, attached hereto as Exhibit A.

2. The first date upon which Defendant CITY OF REDWOOD CITY received a copy of the Summons and Complaint in *Phantom LS Records LLC, Sumante J. Hutchinson v. State of California, et al*. Case No. C21-00852 is June 28, 2021. A copy of the Summons, received on June 28, 2021, is attached as Exhibit B.

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendant CITY OF REDWOOD CITY pursuant to provisions of 28 U.S.C. § 1441(a) in that it arises under 42 U.S.C. § 1983 in that *in pro per* Plaintiff SUMANTE J. HUTCHINSON requests "Settlement According to Section 1983" and alleged, among other things, as follows: (1) "police intentionally violated my bill of rights . . . while also trying to keep me from practicing the 1st amendment, 2nd amendment, and other constitutional rights, some police have even got physically and verbally violent with me while I acted in self defense (sic);" and (2) "I plan to file a lawsuit under Section 1983, known as a Biven's (sic) claim, to take action against the police and others in court for violation of my civil rights." *See* Complaint, attached as Exhibit A, pp. 3, 6, 7.

4. If Plaintiff SUMANTE J. HUTCHINSON or Plaintiff PHANTOM LS RECORDS LLC have any viable state law claim against any defendant, this Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) because they arise from the same set of facts giving rise to Plaintiff SUMANTE J. HUTCHINSON's or Plaintiff PHANTOM LS RECORDS LLC's federal claims such that the federal and state law claims, if any, "form part of the same case or controversy under Article III of the United States Constitution" under 28 U.S.C. § 1367(a).

5. As of July 26, 2021, Plaintiffs have not filed a proof of service of Summons and Complaint upon any defendant. *See* online docket for *Phantom LS Records LLC, Sumante J.*

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

*Hutchinson v. State of California, et al.*, Contra Costa County Superior Court, Case No. C21-00852, as of July 26, 2021, attached as Exhibit C.  Accordingly, Defendant CITY OF REDWOOD CITY has no information regarding whether any other defendant has been properly served and has no information regarding counsel for any other defendant, thus preventing Defendant CITY OF REDWOOD CITY from obtaining a joinder to this Notice of Removal.  There is no requirement that unserved or improperly served defendants join the removal. *Northern Ill. Gas Co. v. Airco Industrial Gases* (7th Cir. 1982) 676 F.2d 270, 272; *Destfino v. Reiswig* (9th Cir. 2011) 630 F.3d 952, 955 (codefendants not properly served need not join).  Defendant CITY OF REDWOOD CITY has no duty to seek out and notify codefendants who have not yet been served to ask them to join in the removal.  *See Gossmeyer v. McDonald* (7th Cir. 1997) 128 F.3d 481, 439.

6.　　Defendant CITY OF REDWOOD CITY's responsive pleading in *Phantom LS Records LLC, Sumante J. Hutchinson v. State of California, et al*. Case No. C21-00852 is not due until July 28, 2021 and it has not filed a responsive pleading to date.  *See* Exhibit B and Exhibit C.

7.　　Removal of *Phantom LS Records LLC, Sumante J. Hutchinson v. State of California, et al*. Case No. C21-00852 to this Court is proper under 28 U.S.C. § 1441(a) in that it arises under 42 U.S.C. § 1983 (*see* Exhibit A Complaint, pp. 3, 6, 7) pursuant to *Quildon v. Intuit* (USDC NDCA 2012) 2012 LEXIS 73353.  In *Quildon v. Intuit* (USDC NDCA 2012) 2012 LEXIS 73353, the US District Court for the Northern District of California held, in pertinent part, as follows:

> Removal jurisdiction is a creation of statute. *See Libhart v. Santa Monica Dairy Co*. 592 F.2d 1062, 1064 (9th Cir. 1979) ("The removal jurisdiction of the federal courts is derived entirely from the statutory authorization of Congress."). Only those state court actions that could have been originally filed in federal court may be removed. 28 U.S.C. § 1441(a) ("Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant."); *see also Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392, 107 S. Ct. 2425, 96 L. Ed. 2d 318 (1987) ("Only state-court actions that originally could have been filed in federal court may be removed to federal court by defendant."). Accordingly, the removal statute

provides two basic ways in which a state court action may be removed to federal court: (1) the case presents a federal question, or (2) the case is between citizens of different states. 28 U.S.C. §§ 1441(a), (b).

When, as here, removal is based on the presence of a federal question, the court looks to the face of a well-pleaded complaint to determine whether a cause of action is created by federal law or whether the plaintiff's right to relief necessarily depends on the resolution of a substantial question of federal law. *Christianson v. Colt Indus. Operating Corp.*, 486 U.S. 800, 808, 108 S. Ct. 2166, 100 L. Ed. 2d 811 (1988) *(citing Franchise Tax Bd. of California v. Constr. Laborers Vacation Trust*, 463 U.S. 1, 27-28, 103 S. Ct. 2841, 77 L. Ed. 2d 420, (1983))*. "[I]t must be clear from the face of the plaintiff's well-pleaded complaint that there is a federal question." *Duncan v. Stuetzle*, 76 F.3d 1480, 1485 (9th Cir. 1996). The complaint as it existed at time of removal dictates whether removal jurisdiction is proper. *Libhart*, 592 F.2d at 1065.

*Id.* at *4-*5.

8. Thirty (30) days or less have elapsed since Defendant CITY OF REDWOOD CITY learned of and received a copy of the Summons and Complaint such that Defendant CITY OF REDWOOD CITY's removal is timely pursuant to 28 U.S.C. § 1446(b) (notice of removal of a civil action shall be filed within 30 days after defendant's receipt).

9. Venue is proper in the United States District Court for the Northern District of California because this action arises out of alleged occurrences in, among other places, San Mateo County, California. *See* 28 U.S.C. § 1391(b).

10. This Notice of Removal is signed by counsel for removing Defendant CITY OF

///
///
///
///
///
///
///
///

REDWOOD CITY pursuant to Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant CITY OF REDWOOD CITY respectfully requests that this action be removed to this Court.

Date: July 28, 2021

HOWARD ROME MARTIN & RIDLEY LLP


By: /s/ Rhonda L. Woo
    Todd H. Master
    Lisa Rauch
    Rhonda L. Woo
    Attorneys for Defendant
    CITY OF REDWOOD CITY

*Phantom LS Records LLC/Sumante J. Hutchinson v. State of California, et al.*
United States District Court-Northern District of California; Case No. _____

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN MATEO:**

I am a citizen of the United States and employed in the county aforesaid; I am over the age of eighteen years, and not a party to the within action; my business address is 1900 O'Farrell Street, Suite 280, San Mateo, CA 94403. On the date set forth below I served the following documents:

- **DEFENDANT CITY OF REDWOOD CITY'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) [FEDERAL QUESTION]**

- **CIVIL CASE COVER SHEET**

on the following person(s) in this action:

| | |
|---|---|
| Sumante J. Hutchinson<br>728 Waterstone Place<br>San Ramon, CA 94582<br>Telephone: (925) 434-4005<br>Email: sujhutch@ucsc.edu | **PLAINTIFF IN PRO PER<br>PHANTOM LS RECORDS LLC/<br>SUMANTE J. HUTCHINSON** |

☒ **BY ELECTRONIC SERVICE, ONLY**—Based on (1) a court order; or (2) agreement of the parties herein to accept electronic service; or (3) notice of service by electronic mail due to Coronavirus (COVID-19), I caused the above-described document(s) to be sent electronically, addressed to the person(s) on whom it is to be served, at the email address(es) shown on the above Service List."

☐ **(VIA MAIL -- CCP §§ 1013(a), 2015.5)** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with my firm's business practice of collection and processing of correspondence for mailing with the U.S. Postal Service and correspondence placed for collection and mailing would be deposited in the U.S. Postal Service at San Mateo, California, with postage thereon fully prepaid, that same day in the ordinary course of business.

☐ **(VIA PERSONAL DELIVERY -- CCP §§ 1011, 2015.5)** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and causing each envelope(s) to be hand delivered on that day by \_\_\_\_\_, in the ordinary course of my firm's business practice.

☐ **(VIA OVERNIGHT MAIL/COURIER -- CCP §§ 1013(c), 2015.5)** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and placing each for collection by overnight mail service or overnight courier service. I am familiar with my firm's business practice of collection and processing of correspondence for overnight mail or overnight courier service, and my correspondence placed for collection for overnight delivery would, in the ordinary course of business, be delivered to an authorized courier or driver authorized by the overnight mail carrier to receive documents, with delivery fees paid or provided for, that same day, for delivery on the following business day.

///

///

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

_____
DEFENDANT CITY OF REDWOOD CITY'S NOTICE OF REMOVAL; USDC NDCA Case No. _____
6

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on **July 28, 2021**, at San Mateo, California.

*Faith Kelly*

_____
Faith Kelly

# EXHIBIT "A"

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| **Phantom LS Records LLC** Sumante J Hutchinson 728 Waterstone Pl, San Ramon, CA 94582 TELEPHONE NO: 925-434-4005   FAX NO. (Optional): E-MAIL ADDRESS (Optional): sujhutch@ucsc.edu ATTORNEY FOR (Name): | FILED 2021 APR 28 P 2:39 [clerk stamp] SUPERIOR COURT COUNTY OF CONTRA COSTA, CA BY: D. WAGNER |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: SUPERIOR COURT - MARTINEZ
MAILING ADDRESS: 725 COURT ST. P.O. BOX 911
CITY AND ZIP CODE: MARTINEZ, CA 94553
BRANCH NAME:

PLAINTIFF: Phantom LS Records LLC / Sumante J Hutchinson guntertz
DEFENDANT: State of California, University of CA, Kaiser, City of San Ramon, Redwood City/Sanmateo Permanente
DOES 1 TO

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
☑ AMENDED (Number):
Type (check all that apply):
☑ MOTOR VEHICLE   ☑ OTHER (specify): Defamation / Fraud
☑ Property Damage   ☐ Wrongful Death
☑ Personal Injury   ☑ Other Damages (specify): Monetary / Financial

CASE NUMBER: **C21-00852**

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
  Amount demanded  ☐ does not exceed $10,000
              ☐ exceeds $10,000, but does not exceed $25,000
☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
  ☐ from limited to unlimited
  ☐ from unlimited to limited

1. Plaintiff (name or names): Phantom LS Records LLC / Sumante J Hutchinson
   alleges causes of action against defendant (name or names):

2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. ☑ except plaintiff (name): Phantom LS Records LLC
      (1) ☑ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☑ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☑ an unincorporated entity (describe): God Sent Genius DBA The Paladin 00
      (3) ☐ a public entity (describe):
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

PER LOCAL RULE, THIS CASE IS ASSIGNED TO DEPT **39**, FOR ALL PURPOSES.

SUMMONS ISSUED

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courts.ca.gov

**1**


Case 3:21-cv-05787-SK   Document 1   Filed 07/28/21   Page 10 of 19

| SHORT TITLE: | CASE NUMBER: |
|---|---|

PLD-PI-001

4. ☑ Plaintiff (name):
   is doing business under the fictitious name (specify): **No Established Culture**
   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name): People of The State of California
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants (specify Doe numbers): _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants (specify Doe numbers): _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☑ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001 [Rev. January 1, 2007]         COMPLAINT—Personal Injury, Property         Page 2 of 3
                                          Damage, Wrongful Death

2

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

PLD-PI-001

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
  a. [✓] Motor Vehicle
  b. [✓] General Negligence
  c. [✓] Intentional Tort
  d. [✓] Products Liability
  e. [✓] Premises Liability
  f. [✓] Other *(specify):* Defamation / Fraud

11. Plaintiff has suffered
  a. [✓] wage loss
  b. [✓] loss of use of property
  c. [✓] hospital and medical expenses
  d. [✓] general damage
  e. [✓] property damage
  f. [✓] loss of earning capacity
  g. [✓] other damage *(specify):*

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
  a. [ ] listed in Attachment 12.
  b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

**Settlement According to Section 1983**

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
  a. (1) [✓] compensatory damages
     (2) [ ] punitive damages
     The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
     (1) [ ] according to proof
     (2) [✓] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 04/28/21

Sumante J Hutchinson

(TYPE OR PRINT NAME)    (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]    **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**    Page 3 of 3

3

| SHORT TITLE: | | CASE NUMBER | PLD-PI-0 |
|---|---|---|---|

**CAUSE OF ACTION—Intentional Tort**   Page _____

(number) _____

ATTACHMENT TO  ☒ Complaint   ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name):* Sumante J Hutchinson / Phantom LS Records LLC

alleges that defendant *(name):* State of CA

☐ Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff

on *(date):* 08/18/20

at *(place):* Kaiser Permanente

*(description of reasons for liability):*

Document Attached w/ description

---

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Intentional Tort**

Code of Civil Procedure
www.cour

For your protection and privacy, please press the Clear This Form button after you have printed the form.   [Print this form]   [Save this form]   [Clear this f]

4

| | | PLD-PI-( |
|---|---|---|
| SHORT TITLE: | CASE NUMBER: | |

## Exemplary Damages Attachment

Page _____

ATTACHMENT TO ☐ Complaint ☐ Cross - Complaint

EX-1. As additional damages against defendant *(name)*:

Plaintiff alleges defendant was guilty of
☑ malice
☑ fraud
☑ oppression

as defined in Civil Code section 3294, and plaintiff should recover, in addition to actual damages, damages to make an example of and to punish defendant.

EX-2. The facts supporting plaintiff's claim are as follows:

*Document Attached w/ description*

EX-3. The amount of exemplary damages sought is
 a. ☑ not shown, pursuant to Code of Civil Procedure section 425.10.
 b. ☐ $

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(6) [Rev. January 1, 2007]

**Exemplary Damages Attachment**

Pa
Code of Civil Procedure,
www.courtin

5

04/06/2021

To Whom It May Concern,

I am writing this letter to inform you that I have had to communicate with several parties on behalf of my personal banking accounts. Due to severe fraudulent activity, as well as predatory lending that occurred against my will between May 2013-September 2020, I have to address liable parties using due process within the courts. My efforts have led me to connect with several licensed attorneys as well as local governmental officials, state government officials, and federal government officials. I have reached out to Senator Alex Padilla (Former Secretary of State), Governor Gavin Newsom, Vice President Kamala Harris, President Biden and the cabinet of President Trump as well as several other members of Congress. I took these actions because California State Police have done nothing except take report while people intentionally stole owned goods, as well as financed goods. They assisted people of California in a mass tort against my business in which I was attacked, stalked, violated, and hospitalized.

All property under my ownership, as well as other financed goods dating from February 1994 (birth) until September 2020 are to be considered stolen. Police as well as a large group of California residents/Visitors are liable for fraud against me and my company. At one point I held insurance policies for Life, Renters, and Auto with State Farm. During a lapse in coverage as I worked to find new business insurance, police intentionally violated my bill of rights and allowed people to steal funds and property from me, while also trying to keep me from practicing the 1st amendment, 2nd amendment, and other constitutional rights, some police have even got physically and verbally violent with me while I acted in self defense. I was hospitalized several times and diagnosed as Bipolar, after a man rear ended my vehicle and caused several weeks of lost income in 2017, which triggered a manic episode. I discussed this with my former State Farm agent, Daria M. in Blackhawk, CA. She suggested I reopen the claim against the person responsible.

As you can see, because of interference, I was kept from several weeks of work and lost wages and missed opportunities as a result of negligence over the years. There were also incidents of hacking and people requesting to do business transactions with me and not fulfilling their end of the arrangements, such as people promising me goods in exchange for funds online, as well as a particular party that prepared a copied check as payment for my work which was later returned.

This started in October 2016 when I built my first home studio. Around then I held a personal credit score above 720. Since April 2017, I have worked to establish and build several LLC companies while also mitigating the damage of false accusations, fraud, theft, defamation, police

6

violence and misconduct, etc. I am the CEO/Founder of Phantom LS Records LLC, Crowdsurf.Live™, No Established Culture™, and God Sent Genius (DBA ThePaladin00). My company has direct contracts with BMI, Soundexchange, Sentric Music, United Masters. I also communicate regularly with The Recording Academy and have a contract I am working out with The RIAA.

I was a student at DVC and employee at Express, Alliance Marketing Services, and Dublin Cadillac before I started filing state papers to form a group of companies to protect assets, which include both physical and intellectual property. Soon after, I began school at UCSC where I was enrolled full time in the Film and Digital Media Program. I also did 3.5 years of volunteering and donations for UNA-USA and several other philanthropic Non Profit Organizations, I was a donor for the Trump campaign as well.

Considering this all, I am requesting a full cancellation of debts under my personal name because I am in no way going to be held liable for the hostile attack on my property, business, and reputation. I plan to file a lawsuit under Section 1983, known as a Biven's claim, to take action against the police and others in court for the violation of my civil rights. The reason for this is that they assisted in a mass tort, and fraud. They also in turn committed acts that effectively took profits from the banks that I formerly held accounts with before I began to establish business credit. I have done my best to report this by notifying Equifax, Experian, and Transunion.

Please consider this,

*Sumante J Hutchinson* (signature)

Sumante J Hutchinson

Chief Executive Officer

Phantom LS Records LLC

University of California, Santa Cruz

untd.io/godsentgenius

925-434-4005

7

# EXHIBIT "B"

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** State of California, University of CA Santa Cruz, Kaiser Permanente, City of San Ramon, Redwood City / San Mateo
*(AVISO AL DEMANDADO):*

**YOU ARE BEING SUED BY PLAINTIFF:** Phantom LS Records LLC / Sumante J Hutchinson
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

FILED
FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

2021 APR 28 P 2:39

CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CA
BY: D. Wagner
D. WAGNER

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is: SUPERIOR COURT - MARTINEZ
*(El nombre y dirección de la corte es):* 725 COURT ST. P.O. BOX 911
MARTINEZ, CA 94553

CASE NUMBER: *(Número del Caso):*
**C 21-00852**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):* Phantom LS Records LLC / Sumante J Hutchinson 728 Waterstone Pl, San Ramon, CA 94582 (925)434-4005

DATE: APR 2 8 2021
*(Fecha):*

CLERK OF THE SUPERIOR COURT
Clerk, by D. Wagner , Deputy
*(Secretario)* *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

D. WAGNER

RECEIVED
JUN 28 2021
REDWOOD CITY POLICE

[SEAL — Superior Court of California, County of Contra Costa]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Page 1 of 1
Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

# EXHIBIT "C"



Home　　Complaints/Parties　　Actions　　Minutes　　Pending Hearings　　Case Report　　Images

Open Quick Search

### Case CIVMSC21-00852 - PHANTOM LS RECORDS LLC VS STATE OF CALIFORNIA

Move To This Date

| Viewed | Date | Action Text | Disposition | Image |
|---|---|---|---|---|
|  | 08/02/2021 8:30 AM DEPT. 39 | CASE MANAGEMENT CONFERENCE - Minutes |  |  |
|  | 07/02/2021 7:00 AM DEPT. 39 | CHECK FOR PROOF OF SERVICE |  |  |
|  | 06/21/2021 | WE CANNOT FILE/ISSUE YOUR PROOF OF SERVICE OF SUMMONS FOR THE FOLLOWING REASON: | Not Applicable |  |
|  | 06/21/2021 | AFFIDAVIT OF UNSUCCESSFUL SERVICE ON 6-17-21 FILED | Not Applicable | N/A |
|  | 04/28/2021 | ORDER ON COURT FEE WAIVER AS TO PHANTOM LS RECORDSLLC IS GRANTED IN WHOLE | GRANTED |  |
|  | 04/28/2021 | REQUEST TO WAIVE COURT FEES FILED BY PHANTOM LS RECORDSLLC (CONFIDENTIAL) |  |  |
|  | 04/28/2021 | COLOR OF FILE IS GREEN | Not Applicable |  |
|  | 04/28/2021 | ORIGINAL SUMMONS ON COMPLAINT FILED 04/28/2021 OF PHANTOM LS RECORDSLLC FILED | Not Applicable | N/A |
|  | 04/28/2021 | CASE ENTRY COMPLETE | Not Applicable |  |
|  | 04/28/2021 | CLERK`S TICKLER TO CHECK FOR PROOF OF SERVICE WAS SET FOR 7/02/21 AT 7:00 IN DEPT. 39 |  |  |
|  | 04/28/2021 | CASE MANAGEMENT CONFERENCE WAS SET FOR 8/02/21 AT 8:30 IN DEPT. 39 |  |  |
|  | 04/28/2021 | CASE HAS BEEN ASSIGNED TO DEPT. 39 |  |  |
|  | 04/28/2021 | COMPLAINT FILED. SUMMONS IS ISSUED | Not Applicable | N/A |