United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHANTOM LS RECORDS LLC, et al.,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF REDWOOD CITY, et al.,<br><br>Defendant s. | Case No. 21-cv-05787-EMC<br><br>**ORDER RE DEFENDANT'S MOTION TO DISMISS**<br><br>Docket No. 10 |

The Court is in receipt of Defendant's City of Redwood City, et al. motion to dismiss, which is noticed for hearing before this Court on **October 14, 2021 at 1:30PM** and will be conducted virtually. Plaintiff's opposition to Defendant's City of Redwood City, et al. motion shall be filed and served by 8/26/2021. Defendant's City of Redwood City, et al. reply shall be filed and served by 9/2/2021.

**Plaintiffs are cautioned that the failure to file an opposition to Defendant's City of Redwood City, et al. motion by the date identified above (1) may be deemed consent to the granting of Defendant's City of Redwood City, et al. motion and (2) may result in dismissal which could end this case.**

**IT IS SO ORDERED**.

Dated: 8/18/2021

_____
EDWARD M. CHEN
United States District Judge