1  Your Name: Sumante J Hutchinson / Phantom LS Records LLC
2  Address: 728 Waterstone Pl, San Ramon, CA 94582
3  Phone Number: 925-434-4005
4  Fax Number:
5  E-mail Address: sujhutch@ucsc.edu
6  Pro Se Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☒ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

Sumante J Hutchinson
Phantom LS Records LLC

Plaintiff,

vs.

State of CA, Redwood City,
San Ramon, Kaiser
Permanente, University of
CA, Santa Cruz

Defendant.

Case Number: 3:21-CV-05787-EMC

[First, Second, etc.]

**AMENDED COMPLAINT**

**DEMAND FOR JURY TRIAL**

Yes ☐   No ☒

**PARTIES**

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: Phantom LS Records LLC / Sumante J Hutchinson
Address: 728 Waterstone Pl, San Ramon, CA 94582
Telephone: 925-434-4005

AMENDED COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE – Rev. 05/2017]

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:
Name: State of California
Address: 1300 "I" Street, Sacramento, CA 95814
Telephone: 916-445-9555

Defendant 2:
Name: City of Redwood City
Address: 1400 Broadway St, Redwood City, CA 94063
Telephone: 650-780-7464

Defendant 3:
Name: City of San Ramon
Address: 7000 Bollinger Canyon Rd, San Ramon, CA 94583
Telephone: 925-973-2500

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

☑ under federal question jurisdiction because it is involves a federal law or right.

[*Which federal law or right is involved?*] 1st Ammend., 5th Ammend. "Tort claims Act", Civil Code Div 3, Part 3, Section 1708

☐ under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

**VENUE**

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4. Venue is appropriate in this Court because:

☑ a substantial part of the events I am suing about happened in this district.

☑ a substantial part of the property I am suing about is located in this district.

_____ AMENDED COMPLAINT

PAGE ___ OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

1  ☐ I am suing the U.S. government, federal agency, or federal official in his or her
2  official capacity and I live in this district.
3  ☒ at least one defendant is located in this District and any other defendants are
4  located in California.

5  **INTRADISTRICT ASSIGNMENT**

6  [This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First
7  write in the county in which the events you are suing about happened, and then match it to the
   correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa,
8  San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San
   Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake,
9  Mendocino counties, only if all parties consent to a magistrate judge.]

10  5.   Because this lawsuit arose in __Contra Costa__ County, it should be
11  assigned to the __San Francisco/Oakland__ Division of this Court.

12  **STATEMENT OF FACTS**
13  [Write a short and simple description of the facts of your case. Include basic details such as where
    the events happened, when things happened and who was involved. Put each fact into a separate,
14  numbered paragraph, starting with paragraph number 6. Use more pages as needed.]

15  In April 2020, The State of CA and
16  Federal Govt Mandated Shelter in Place
17  rules in response to COVID-19. As a business
18  owner, I was tremendously impacted and
19  over the course of the following year
20  property losses occured in direct correlation
21  to discriminatory policing and failure to
22  respond fairly and justly when I sought
23  assistance. In July 2020, I was
24  wrongfully removed from my home which
25  is ~~donas~~/ registered business address
26  and place of residence since october
27  2013 in San Ramon, CA, based off
28  false information & allegations to San Ramon
    PD.

_____ AMENDED COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE – Rev. 05/2017]

San Ramon PD, knowingly violated my rights on numerous occasions resulting in financial harm & property loss exceeding $30,000. They have violated my free-speech rights as well as rights to work & maintain property via false arrests & attempted abuses via the medical system using 5150 as punishment where I was also assaulted by medical staff previously and rights to refuse meds were violated and I was forced out of months of work as a result. Because of their actions I was put into a transient state and out of stable housing. On numerous occasions San Ramon PD & Redwood city showed up at hotels & Airbnb due to disputes. They were threatening, knowing they already tampered with my business, which is a music recording company. In August 2020, I had briefly resided in Redwood city, after being assaulted on two occasions. Redwood city did absolutely nothing when I wanted to press charges. Because of harrassment and violence against me by others, I was taken to a hotel after 12am in Redwood city the following morning officer Laino appeared within 48 hrs, all of my property was stolen & I was transported via ambulance to a hospital, because I was unnamed city workers — trashed my belongings left stranded with no help.

## CLAIMS

### First Claim

(Name the law or right violated: __5th Ammendment__

(Name the defendants who violated it: __Redwood city Police & City of Redwood city workers__

[Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

5th Ammendment is a persons rights to property, "not be deprived of life, liberty, or property". City of Redwood city workers appeared while I was stranded in crisis for 24 hours near Kaiser permanente and threw away all of my belongings. Redwood city police claimed to have found it and showed my property in a pile on officer Kaino's phone, when I got to the spot it was not in a pile, my clothes, personal documents, jewelry, electronics etc. were scattered amongst other trash. suggesting they purposely trashed and damaged my stuff. I frantically tried to regather everything but had a mental breakdown because that was all the stuff I had left to me, I got to the hospital after telling the responders to grab my items in then was left with one pair of clothes, one phone, and I was suddenly out of $30,000 + worth of goods. & intellectual property & private info, no ID, no wallet.

_____ AMENDED COMPLAINT

PAGE ___ OF ___  [JDC TEMPLATE – 05/17]

1 | _____ Claim
2 | (Name the law or right violated: __1st Ammendment__
3 | (Name the defendants who violated it: __San Ramon PD & UCSC__
4 | In Response to me being a musician,
5 | SRPD & others on numerous occaisions
6 | have tried to violate my free speech
7 | rights, my business is located primarily
8 | in San Ramon since 2013, my entire
9 | home recording set up that I built
10 | is now gone as a result of them
11 | responding to false allegations and allowing
12 | others to violate my rights to work & make
13 | a gainful living, also at UCSC police
14 | physically assaulted me for rapping and
15 | the campus Allowed people to steal
16 | from me and tried to fraud me
17 | in April 2019, with defamatory action
18 | including false allegations based on my
19 | lyrical content, on numerous occaisions
20 | they have interferred with my private
21 | business and have attempted to stop me
22 | from doing my work as a producer &
23 | recording artist. When I was working at
24 | Bishop Ranch Business Park, they tried
25 | to kick me off site because I had
26 | no where else to do my work after they
27 | tried to keep me from going home for months.
28 | they even let my ex girlfriend steal
property from me.

_____ AMENDED COMPLAINT

PAGE ___ OF ___  [JDC TEMPLATE – 05/17]

## DEMAND FOR RELIEF

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

I want to be compensated monetary value of my business property & goods as well as compensated for distress, property losses exceed $30,000, including phones, computer, clothes, jewelry, other electronics, hard drives, intellectual property, keepsakes, merchandise, etc.

## DEMAND FOR JURY TRIAL

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 08/23/21   Sign Name: *[signature]*
Print Name: Sumayte J Hutchinson

_____ AMENDED COMPLAINT

PAGE ___ OF ___  *[JDC TEMPLATE – 05/17]*

*[Copy this page and insert it where you need additional space.]*

1 \_\_\_\_._____

2 _____

3 _____

4 _____

5 _____

6 _____

7 \_\_\_\_._____

8 _____

9 _____

10 _____

11 _____

12 _____

13 \_\_\_\_._____

14 _____

15 _____

16 _____

17 _____

18 _____

19 \_\_\_\_._____

20 _____

21 _____

22 _____

23 _____

24 _____

25 \_\_\_\_._____

26 _____

27 _____

28

_____ AMENDED COMPLAINT

PAGE \_\_\_\_ OF \_\_\_\_ *[JDC TEMPLATE – 05/17]*