United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHANTOM LS RECORDS LLC, et al.,

Plaintiffs,

v.

CITY OF REDWOOD CITY, et al.,

Defendants.

Case No. 21-cv-05787-EMC

**ORDER TO SHOW CAUSE**

On February 14, 2022, Defendant City of Redwood City filed a motion for judgment on the pleadings. Docket No. 34. Plaintiffs' opposition to the City's motion was due on February 28, 2022. To date, Plaintiffs have not opposed the City's motion, nor otherwise responded to the City's motion.

Thus, the Court **ORDERS** Plaintiffs to show cause why the City should not be granted judgment on the pleadings for Plaintiffs' failure to oppose the City's motion.

Plaintiffs will have 21 days from entry of this order to file an opposition to the City's motion for judgment on the pleadings. Failure to file an opposition within this time frame will result in dismissal of this action with prejudice. Should an opposition be filed, the City has 7 days from the date Plaintiffs file their opposition to reply. The hearing on the City's motion is continued from March 24, 2022 to **April 28, 2022 at 1:30 p.m.**

**IT IS SO ORDERED**.

Dated: March 7, 2022

_____
EDWARD M. CHEN
United States District Judge