**TODD H. MASTER [SBN. 185881]**
tmaster@hrmrlaw.com
**LISA K. RAUCH [SBN. 148575]**
lrauch@hrmrlaw.com
**RHONDA L. WOO [SBN. 168374]**
rwoo@hrmrlaw.com
**RIDLEY♦MASTER**
1900 O'Farrell Street, Suite 280
San Mateo, CA  94403
Telephone:     (650) 365-7715
Facsimile:      (650) 364-5297

Attorneys for Defendant
CITY OF REDWOOD CITY

**JEFFREY M. VUCINICH, ESQ. [SBN. 67906]**
jvucinich@clappmoroney.com
**SHERRETT O. WALKER, ESQ. [SBN. 286595]**
swalker@clappmoroney.com
**CLAPP, MORONEY, VUCINICH, BEEMAN and SCHELEY**
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA  94066
(650) 989-5400 (650) 989-5499 FAX

Attorneys for Defendant
CITY OF SAN RAMON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHANTOM LS RECORDS LLC, SUMANTE J. HUTCHINSON,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 3:21-cv-05787- EMC<br>_____<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT OF DEFENDANTS CITY OF REDWOOD CITY AND CITY OF SAN RAMON**<br><br>**Date:**　　May 24, 2022<br>**Time:**　　1:30 p.m.<br>**Judge:**　　Hon. Edward M. Chen<br>**Dept.:**　　Courtroom 5, 17th Floor<br><br>**VIA ZOOM** |

Defendant CITY OF REDWOOD CITY ("Redwood City") and Defendant CITY OF SAN RAMON ("San Ramon") hereby submit the joint defense Case Management Conference Statement. Plaintiff SUMANTE J. HUTCHINSON ("Plaintiff") is representing himself in *pro per*. Defendants submit their separate joint defense Case Management Conference Statement pursuant to Local Rule 16-9(a).

**1.   Jurisdiction and Service**

Plaintiff brings this action against San Ramon for alleged First and Fifth amendment violations. San Ramon filed an Answer before being served. San Ramon does not dispute jurisdiction or venue, and has waived service. Additionally, Plaintiff previously advised the Court that he was unable to serve Defendants State of California, University of California, Santa Cruz and Kaiser Permanente and he would not pursue claims against them. Based on the online docket, it appears that Plaintiff has not filed dismissals of these defendants.

**2.   Facts**

**Plaintiff's Facts Per Allegations of the Amended Complaint**

Plaintiff alleges that by August 2020, San Ramon, through its Police Department, along with other parties and/or one or more third parties, knowingly violated his First and Fifth Amendment rights, including via false arrests and abusing 72-hour involuntary detention. San Ramon's First Amendment violations have allegedly caused Plaintiff to lose his business assets, preventing him from earning a living as a musician, his chosen occupation.

**Redwood City's Facts**

Redwood City is aware of interactions between law enforcement personnel and Plaintiff due to citizen complaints regarding Plaintiff on August 17, 2020 and August 18, 2020. Redwood

City personnel did not have possession, custody or control over nor were they responsible for any alleged damage or loss to Plaintiff or his property.

**San Ramon's Facts**

In nine interactions with Plaintiff between 2013 and October 2020, San Ramon Police acted within the scope of its legal authority and at no time held or destroyed Plaintiff's property.

**3.   Legal Issues**

Based upon Plaintiff's Amended Complaint, the legal issues to be addressed include: 1) whether Plaintiff can prove the required elements of a claim under the Government Code; 2) whether Plaintiff can prove the required elements of a claim under section 1983 as to San Ramon; 3) whether defendants are immune from liability under state law; 4) whether defendants are entitled to qualified immunity; 5) whether Recology employees are Redwood City workers; 6) whether Plaintiff can prove causation; and 7) whether Plaintiff can prove his alleged damages.

**4.   Motions**

Redwood City and San Ramon anticipate filing motions for summary judgment and/or summary adjudication at the conclusion of discovery.

**5.   Amendment of Pleadings**

Plaintiff's deadline to file and serve a Second Amended Complaint has expired.

**6.   Evidence Preservation**

Redwood City and San Ramon are aware of their obligation to preserve evidence.

**7.   Disclosures**

Defendants will serve initial disclosures on or before July 1, 2022.

**8.   Discovery**

Discovery has not yet commenced.  Defendants anticipate conducting written discovery, as well as deposing Plaintiff and potential witnesses. Expert discovery may also be necessary.

///

9. **Class Actions**

   Not applicable.

10. **Related Cases**

    Redwood City and San Ramon are unaware of any related cases at this time.

11. **Relief**

    Plaintiff requests over $30,000 in monetary compensation for alleged loss of value to his business and property, as well as emotional distress. Redwood City may seek costs and reasonable attorney's fees pursuant to California Code of Civil Procedure §§1021.7 and 1038.

12. **Settlement and ADR**

    Defendants are amenable to participation in an early settlement conference with a Magistrate Judge after the following has occurred: 1) Plaintiff's responses to written discovery received; and 2) Plaintiff has been deposed.

13. **Consent to Magistrate Judge for All Purposes**

    Redwood City previously consented to Magistrate Judge Sallie Kim.

14. **Other References**

    Not applicable.

15. **Narrowing Issues**

    Not anticipated at this time.

16. **Expedited Trial Procedure**

    Not applicable.

17. **Scheduling**

    Defendants Redwood City and San Ramon propose the following case schedule:

    Close of Non-Expert Discovery:        December 31, 2022

    Expert Designations:                  January 27, 2023

    Rebuttal Expert Designations:         February 17, 2023

|   |   |
|---|---|
| Close of Expert Discovery: | March 2, 2023 |
| Last Day to File Dispositive Motions: | March 16, 2023 |
| Last Day to Hear Dispositive Motions: | April 20, 2023 |
| Pretrial Conference: | June 27, 2023 |
| Trial: | July 24, 2023 |

**18.  Trial**

Redwood City and San Ramon request a jury trial and anticipate that trial will take 5-7 court days.

**19.  Disclosure of Non-party Interested Entities or Persons**

Redwood City and San Ramon are exempt from the Certification or Interested Entities or Persons requirement pursuant to Local Rule 3-15.

**20.  Professional Conduct**

Counsel for Redwood City and San Ramon have reviewed the Guidelines for Professional Conduct for the Northern District of California.

Date:  May 17, 2022                    RIDLEY♦MASTER

By: /s/ Rhonda L. Woo
    Todd H. Master
    Lisa K. Rauch
    Rhonda L. Woo
    Attorneys for Defendant
    CITY OF REDWOOD CITY

Date:  May 17, 2022                    Clapp, Moroney, Vucinich, Beeman and Scheley

By: /s/ Sherrett O.Walker
    Jeffrey M. Vucinich
    Sherrett O. Walker
    Attorneys for Defendant
    CITY OF SAN RAMON